UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| In re | Chapter 7 |
|  | Case No. 05-48019-HJB |
| PAUL A. LETOURNEAU AND |  |
| TERRI C. LETOURNEAU |  |
|  |  |
| DEBTORS |  |

## TRUSTEE'S OMNIBUS OBJECTIONS TO CLAIMS
## PURSUANT TO BANKRUPTCY RULE 3007 (d)(1), (d)(4) AND (d)(5)

Now comes Gary M. Weiner, the duly appointed Chapter 7 Trustee in the above-captioned proceeding, (hereinafter "Trustee") by and through his counsel Weiner & Lange, P.C., and hereby objects to the following claims filed in this Chapter 7 proceeding: Claim No. 3 filed by Capital One Bank; Claim No. 5 filed by LVNV Funding LLC its successors and assigns as Assignee of Citibank and Claim No. 1 filed by Roundup Funding, LLC.  In support thereof, the Trustee respectfully represents the following:

1. On October 7, 2005, the Debtors filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code.

2. On or about October 7, 2005, the Gary M. Weiner, was appointed Chapter 7 Trustee and he continues to serve in that capacity.

3. The matters set forth herein constitute core proceedings, pursuant to 28 U.S.C. § 157(b)(2)(B).

4. Pursuant to a notice issued by the Court, the last date for filing a proof of claim was October 30, 2007.

5. As the result of the actions of the Trustee, the Trustee is holding the approximate sum of $90,000.00 for distribution in this case.

Page 2

## OBJECTION TO THE CLAIM OF CAPITAL ONE BANK
## CLAIM NUMBER 3

6. On September 13, 2007, Daniels Law Office on behalf of Capital One Bank filed a proof of claim in the amount of $19,293.77.

7. The claim was filed as a secured claim and the basis of the security was a judgment lien which had been recorded in the Franklin County Registry of Deeds.

8. On February 3, 2006, this Court entered an order avoiding the judicial lien of Capital One.

9. The Trustee objects to this claim as a secured claim and requests that the claim be allowed as an unsecured claim in the amount of $15,628.48 [1] pursuant to Bankruptcy Rule 3007 (d) (5).

## OBJECTION TO THE CLAIM OF LVNV FUNDING LLC
## CLAIM  NUMBER 5

10. On March 18, 2008, Resurgent Capital Services on behalf of LVNV Funding LLC, its successors and assigns as Assignee of Citbank, filed a claim in the amount of $3,613,68.

11. The claim was filed as an unsecured proof of claim, and the basis for the claim was credit card debt.

12. The Trustee objects to this claim due to the fact that it was filed after the bar date.

13. The Trustee therefore request that this claim be allowed but treated as a tardily fled claim pursuant to Bankruptcy Rule 3007 (d) (4).  It is not be paid upon unless all claims filed in a timely manner have been paid in full.

---

[1] Execution attached to Proof of claim is in the amount of $14,378.25 as of January 13, 2005.  Daily interest rate is $4.70 and from January 13, 2005 to October 7, 2005 there are 266 days which adds $1,250.00 to the execution total for a balance of $15, 628.45 as of the filing date.

## OBJECTION TO THE CLAIM OF ROUNDUP FUNDING, LLC
## CLAIM NUMBER 1

14. On August 10, Roundup Funding, LLC, filed a claim in the amount of $34,401.25.

15. The claim was filed as a general unsecured proof of claim, and the basis for the claim was money loaned.

16. Upon information and belief Roundup Funding, LLC acquired the claim through Unifund CCR Partners.

17. Upon information and belief the original creditor was Bank One which was subsequent acquired by First USA Platinum.

18. The Trustee objects to this claim due to the fact that it appears to be a duplicate of a proof claim filed on August 21, 2007 as claim number 2, in the amount of $17,007.84. Claim number 2 was filed by Kream and Kream on behalf of Bank One.

19. Schedule F of the Debtors' petition lists a claim to Bank One in the amount of $17,007.84.

20. Trustee therefore requests that this claim be disallowed in its entirety as a duplicate claim pursuant to Bankruptcy Rule 3007 (d) (1).

Page 4

WHEREFORE, the Trustee respectfully requests

    1.    That his objections to claims be sustained; and

    2.    For such further relief as this Court deems just and proper.

    GARY M. WEINER, Chapter 7 Trustee Estate of
Paul and Terri Letourneau
By His Counsel


    /s/  Gary M.Weiner, Esq.
Gary M. Weiner, Esq., BBO # 548341
WEINER & LANGE, P.C.
95 State Street, Suite 918
Springfield, MA 01103
Tel. No. (413) 732-6840
GWeiner@weinerlegal.com
Date: April 22, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 05-48019-HJB |
| PAUL A. LETOURNEAU AND ) | |
| TERRI C. LETOURNEAU ) | |
| ) | |
| ) | |
| DEBTORS ) | |
| ) | |

**CERTIFICATE OF SERVICE**

    I, Gary M. Weiner, Esq. do hereby certify that on the 22nd day of April, 2008, a copy of the foregoing Trustee's Omnibus Objections to Claims was served via first class mail, postage pre-paid, or via electronic mail to the following parties:

United States Trustee

Richard King, Esq.
446 Main Street, 14th Floor
Worcester, MA 01608

Debtors' Counsel

Denise M. Shear
Ostrander Law Office
36 Service Center Road
PO Box 1237
Northampton, MA 01061

Debtors

Paul A. Letourneau
Terri C. Letourneau
58 Ferrante Avenue
Greenfield, MA 01301

Interested Parties

Daniels Law Office
for Capital One Bank
One Center Plaza
Boston, MA 02108-1887

Capital One Services, Inc.
Bankruptcy Dept.
PO Box 85167
Richmond, VA 23285

eCAST Settlement Corp.
PO Box 35480
Newark, NJ 07193-5480

Mitchell J. Levine
mlevine@nairlevin.com

Roundup Funding LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

LVNV Funding LLC, Assignee of Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

/s/Gary M. Weiner